**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO.: 7:25-CV-00767-BO-BM** |
| **v.** | ) ) ) | |
| **RECOVERY INNOVATIONS, INC. D/B/A RI INTERNATIONAL,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

MOTION FOR STAY AND EXTENSION WITH REQUEST FOR EXPEDITED RULING

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and federal government shutdown. The EEOC also requests an expedited ruling on this motion.

1. The EEOC is the government agency charged with interpreting, administering, and enforcing federal employment discrimination laws.

2. Federal government appropriations lapsed at midnight on September 30, 2025, and EEOC is now shut down.

3. The EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies …" 31 U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the

suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4.      Given the Antideficiency Act, the EEOC is prohibited from litigating this matter except for a four-hour wind-down on October 1, 2025.

5.      Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

6.      On the morning of October 1, 2025, counsel for the EEOC spoke with Defendant's counsel regarding this motion.  At that time, counsel for Defendant was unable to confirm Defendant's position on this matter.

7.      The EEOC requests an expedited ruling on this motion.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted this 1st day of October 2025.

> */s/ Taittiona Miles*
> Taittiona Miles
> Trial Attorney
> NC Bar No. 50879
> EEOC, Charlotte District Office
> 129 West Trade Street, Suite 400
> Charlotte, NC 28202
> Telephone: (980) 296-1301
> Facsimile: (704) 954-6412
> Email: taittiona.miles@eeoc.gov