# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO.: 7:25-CV-00767-BO-BM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RECOVERY INNOVATIONS, INC. D/B/A RI INTERNATIONAL, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.2(d), Taittiona Miles, hereby withdraws as counsel for the U.S. Equal Employment Opportunity Commission ("EEOC") in the above-captioned matter. Samuel Williams, Joshua Kadel, and Ylda Kopka remain counsel of record in this matter. All future filings, notices, and correspondence should be directed to Samuel Williams, Joshua Kadel, and Ylda Kopka, whose appearances have already been entered.

Respectfully submitted, this the 3rd day of December 2025.

*/s/ Samuel Harrington Williams*
Samuel Harrington Williams
Trial Attorney
NC Bar No. 49622
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
Telephone: (984) 275-5820
Facsimile: (704) 954-6412
Email: samuel.williams@eeoc.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system which shall effectuate service of the foregoing upon all parties and counsel of record to this case in accordance with the Federal Rules of Civil Procedure.

This the 3rd day of December 2025.

*/s/ Samuel Harrington Williams*
Samuel Harrington Williams
Trial Attorney
NC Bar No. 49622
Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
Telephone: (984) 275-5820
Facsimile: (704) 954-6412
Email: samuel.williams@eeoc.gov